# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1670
Lower Tribunal Nos. F11-1766, F11-1764, F11-1765, F11-1308, F11-1767

_____

**Alexander Thomas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Alexander Thomas, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, MILLER, and BOKOR, JJ.

PER CURIAM.

Appellant, Alexander Thomas, challenges an order denying his motion for extension of time. In the motion, Thomas ostensibly seeks additional time to comply with the deadlines applicable to a separate appeal pending in this court. Concluding the order is nonfinal and nonappealable, we dismiss this appeal without prejudice to the filing of further motions in the other pending appeal. See Manning v. State, 28 So. 3d 971, 973 (Fla. 2d DCA 2010) (dismissing an appeal from an order denying a motion for extension of time to file a postconviction motion).

Dismissed.